# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bohm, Carlota M. | U.S. Bankruptcy Court for the Western District of PA | 09/07/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

54th Floor, US Steet Tower, 600 Grant Street, Pittsburgh PA 15219

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Income from prior Misc. Bankruptcy /Trustee Related | $120.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Bar Association / Southern District of Florida | 05/12/2016 to 5/15/2016 | Marco Island, FL | Seminar/Program | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 09/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Jackson National Annuity - Fixed Income Annuity | A | Dividend | M | T | | | | | |
| 2. Jackson National Annuity - JNL/S&P Managed Moderate Growth Fund | A | Dividend | M | T | | | | | |
| 3. Sun America Focused Dividend Strategy Fund (FDSWX) | A | Dividend | | | Sold (part) | 03/09/16 | J | A | |
| 4. | A | Dividend | J | T | Buy (add'l) | 03/10/16 | J | | |
| 5. | | | | | Sold (part) | 07/14/16 | J | A | |
| 6. | A | Dividend | J | T | Buy (add'l) | 08/22/16 | J | | |
| 7. | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 8. | | | | | Sold (part) | 11/29/16 | J | A | |
| 9. Pimco Income Fund (PONPX) | A | Dividend | | | Sold (part) | 01/25/16 | J | A | |
| 10. | | | | | Sold (part) | 03/09/16 | K | A | |
| 11. | | | | | Sold (part) | 07/14/16 | J | A | |
| 12. | A | Dividend | J | T | Buy (add'l) | 08/22/16 | J | | |
| 13. | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 14. | | | | | Sold (part) | 11/29/16 | J | A | |
| 15. Wells Fargo Large Cap Core Fund (EGOIX) | A | Dividend | | | Sold | 03/09/16 | L | A | |
| 16. Hennessy Focus 30 Fund Inst (HIMDX) | A | Dividend | | | Sold (part) | 03/09/16 | J | A | |
| 17. | | | | | Sold (part) | 07/13/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 09/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Dividend | J | T | Buy (add'l) | 08/22/16 | J | | |
| 19. | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 20. | | | | | Sold (part) | 11/29/16 | J | A | |
| 21. Virtus Emerging Markets Opportunities (HIEMX) | A | Dividend | | | Sold | 03/09/16 | J | A | |
| 22. Touchstone Sands Capital Select Growth Fund (CFSIX f/k/a TSNAX) | A | Dividend | | | Sold | 03/09/16 | K | C | |
| 23. Loomis Sayles Investment Grade Bond (LSIIX) | A | Dividend | K | T | Buy (add'l) | 03/10/16 | K | | |
| 24. | | | | | Sold (part) | 04/25/16 | J | A | |
| 25. | | | | | Sold (part) | 07/14/16 | J | A | |
| 26. | A | Dividend | J | T | Buy (add'l) | 08/22/16 | J | | |
| 27. | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 28. | | | | | Sold (part) | 11/29/16 | J | A | |
| 29. AB High Income Fund (AGDYX) | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 30. | | | | | Sold (part) | 07/14/16 | J | A | |
| 31. | A | Dividend | J | T | Buy (add'l) | 08/22/16 | J | | |
| 32. | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 33. | | | | | Sold (part) | 11/29/16 | J | A | |
| 34. Pioneer Pioneer Fundamental Growth fund (FUNYX) | A | Dividend | K | T | Buy | 03/10/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 09/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/14/16 | J | A | |
| 36. | A | Dividend | J | T | Buy (add'l) | 08/22/16 | J | | |
| 37. | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 38. | | | | | Sold (part) | 11/29/16 | J | A | |
| 39. Touchstone Small Cap Value Opportunities Fund (TSOYX) | A | Dividend | J | T | Buy (add'l) | 03/10/16 | J | | |
| 40. | | | | | Sold (part) | 07/14/16 | J | A | |
| 41. | A | Dividend | J | T | Buy (add'l) | 08/22/16 | J | | |
| 42. | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 43. | | | | | Sold (part) | 11/29/16 | J | A | |
| 44. Oppenheimer Developing Markets fund (ODVYX) | A | Dividend | K | T | Buy (add'l) | 03/10/16 | K | | |
| 45. | | | | | Sold (part) | 07/14/16 | J | A | |
| 46. | A | Dividend | J | T | Buy (add'l) | 08/22/16 | J | | |
| 47. | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 48. | | | | | Sold (part) | 11/29/16 | J | A | |
| 49. Henderson Intl Opportunities (HFOIX) | A | Dividend | J | T | Buy (add'l) | 03/10/16 | J | | |
| 50. | | | | | Sold (part) | 07/14/16 | J | A | |
| 51. | A | Dividend | J | T | Buy (add'l) | 08/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 09/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 53. | | | | | Sold (part) | 11/29/16 | J | A | |
| 54.   Lord Abbett High Yield Fund (LHYFX) | A | Dividend | J | T | Buy (add'l) | 03/10/16 | J | | |
| 55. | | | | | Sold (part) | 07/14/16 | J | A | |
| 56. | A | Dividend | J | T | Buy (add'l) | 08/22/16 | J | | |
| 57. | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 58. | | | | | Sold (part) | 11/29/16 | J | A | |
| 59.   Pioneer Strategic Income Fund (STRYX) | A | Dividend | K | T | Buy (add'l) | 03/10/16 | K | | |
| 60. | | | | | Sold (part) | 07/14/16 | J | A | |
| 61. | A | Dividend | J | T | Buy (add'l) | 08/22/16 | J | | |
| 62. | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 63. | | | | | Sold (part) | 11/29/16 | J | A | |
| 64.   JP Morgan US Equity Fund Select (JUESX) | A | Dividend | L | T | Buy (add'l) | 03/10/16 | L | | |
| 65. | | | | | Sold (part) | 07/14/16 | J | A | |
| 66. | A | Dividend | J | T | Buy (add'l) | 08/22/16 | J | | |
| 67. | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 68. | | | | | Sold | 11/29/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 09/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Viacom, Inc. (VIAB)(X) | A | Dividend | | | Sold | 08/24/16 | J | A | |
| 70. Fidelity Growth Strategies Fund (FDEGX) (X) | A | Dividend | | | Sold | 08/22/16 | J | A | |
| 71. Fidelity Japan Smaller Companies (FJSCX) (X) | A | Dividend | | | Sold | 08/24/16 | J | A | |
| 72. Eli Lilly (LLY)(X) | A | Dividend | | | Sold | 08/24/16 | J | A | |
| 73. CBS Stock (X) | A | Dividend | | | Sold | 08/24/16 | J | A | |
| 74. Financial Sector SPDR Trust ETF (XLF) | A | Dividend | K | T | Buy | 12/08/16 | K | | |
| 75. Health Care Select Sector SPDR Fund (XLV) | A | Dividend | K | T | Buy | 12/08/16 | K | | |
| 76. Vanguard Sector Index FD Information Tech ETF (VGT) | A | Dividend | K | T | Buy | 12/08/16 | K | | |
| 77. PNC Bank Accounts | A | Interest | L | T | | | | | |
| 78. Roam Bally IV, LP | A | Interest | K | T | | | | | |
| 79. USB Bank USA Dep Account (X) | A | Interest | J | T | | | | | |
| 80. Autoliv, Inc. (ALV)(X) | | | | | Sold | 03/09/16 | J | A | |
| 81. Vanguard Energy (VGENX)(X) | | | | | Sold | 03/09/16 | J | A | |
| 82. Vanguard European Stock Index Adm FD (VEUSX)(X) | | | | | Sold | 03/09/16 | J | A | |
| 83. Vanguard Global Equity (VHGEX)(X) | | | | | Sold | 03/09/16 | J | A | |
| 84. Vanguard International Value Fund (VTRIX)(X) | | | | | Sold | 03/09/16 | J | A | |
| 85. Vanguard PRIMECAP Fund (VPMCX)(X) | | | | | Sold | 03/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 09/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Received from Decedent, George Bohm's (father)  Estate - beneficiary share $125,000.00

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlota M. Bohm**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544